IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Blitz Enterprises, LLC,                                           Case No. 3:14 CV 2042

        Plaintiff

    v.                                                                     **ORDER**

Brendyn Ebron,

        Defendant

    Defendant Brendyn Ebron brings this *pro se* action to remove a forcible entry and detainer action filed against him in the Sandusky Municipal Court by Plaintiff Blitz Enterprises, LLC.  Defendant asserts removal is appropriate because the forcible entry and detainer action violates the Civil Rights Act of 1968.

    This is the second action filed by Defendant attempting to remove this case to federal court.  I remanded the previous case for lack of jurisdiction on October 24, 2014.  *See, Blitz Enterprises LLC* v. *Ebron*, N.D. Ohio Case No. 3:14 CV 1762.  Defendant seeks this time to rely on *Grable & Sons Metal Products v. Darue Engineering & Manufacturing*, 545 U.S. 308 (2005).  *Grable* does not provide a basis for removal, however, as the Plaintiff's forcible entry and detainer action in this case does not arguably "aris[e] under the Constitution, laws, or treaties of the United States."  28 U.S.C. § 1331; *Grable*, 545 U.S. at 312-14.

    This matter is therefore again remanded to the Sandusky Municipal Court.  No further removal actions in this case will be entertained by the Court.

    So ordered.

                                                         S/James G. Carr
                                                       Sr. U.S. District Judge